Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No. 149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA 92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

*Attorneys for Defendant,* Sand Canyon Corporation f/k/a and as Successor-in-Interest by merger to Option One Mortgage Company

ORIGINAL

## UNITED STATES DISTRICT COURT

## EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| SUVADA MAHMUTOVIC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; OPTION ONE MORTGAGE CO.; CHASE HOME FINANCE LLC; BNC MORTGAGE, INC.; US BANK NA TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2005-3; and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | ) Case No: 09-cv-01820 MCE DAD<br>) JUDGE: Morrison C. England, Jr.<br>)<br>) SAND CANYON CORPORATION,<br>) F/KA AND AS SUCCESSOR IN<br>) INTEREST BY MERGER TO OPTION<br>) ONE MORTGAGE COMPANY'S<br>) NOTICE OF AND JOINDER IN<br>) DEFENDANTS MOTION TO DISMISS<br>) THE FIRST AMENDED COMPLAINT<br>) FOR FAILURE TO STATE A CLAIM<br>) UPON WHICH RELIEF CAN BE<br>) GRANTED (FRCP 12(B)(6))<br>)<br>) Date: September 10, 2009<br>) Time: 2:00 p.m.<br>) CTRM: "7"<br>)<br>) |

SAND CANYON JOINDER IN DEFENDANTS MOTION T DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD, IF ANY:

PLEASE TAKE NOTICE THAT Defendant Sand Canyon Corporation f/k/a and as successor-in-interest by merger to Option One Mortgage Company, erroneously sued herein as Option One Mortgage Corporation, hereby joins in Defendants Mortgage Electronic Systems, Inc. ("MERS"), Chase Home Finance LLC ("Chase"), and US Bank National Association, Trustee for Lehman Brothers-Structured Asset Investment Loan Trust Sail 2005-3 ("US Bank") (collectively the "MERS Defendants"), Motion to Dismiss the First Amended Complaint ("FAC"), of Plaintiff, Suvada Mahmutovic in its entirety, thereby adopting the supporting Points and Authorities filed therein.

BROOKS BAUER, LLP

Dated: September 2, 2009        By: _____
                                    Bruce T. Bauer
                                    Attorneys for Defendant,
                                    Sand Canyon Corp. as Successor-in-Interest
                                    to Option One Mortgage Company

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2677 N. Main Street, Suite 930, Santa Ana, CA 92705-6632.

On September 3, 2009, I served a copy of the following document(s): **SAND CANYON CORPORATION, F/KA AND AS SUCCESSOR IN INTEREST BY MERGER TO OPTION ONE MORTGAGE COMPANY'S NOTICE OF AND JOINDER IN DEFENDANTS MOTION T DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6))**
on the interested parties in this action:

___ **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

___ **BY OVERNIGHT MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice, it would be retrieved by an OVERNITE EXPRESS representative during his regularly scheduled daily collection, deposited in the regularly utilized collection box for OVERNITE EXPRESS, or deposited with an OVERNITE EXPRESS representative at a OVERNITE EXPRESS office on that same day with delivery fees thereon fully prepaid at Santa Ana, California in the ordinary course of business. I have placed a true and correct copy thereof in a sealed envelope(s) designated by OVERNITE EXPRESS, with delivery fees thereon fully prepaid and addressed as follows:

Timothy McCandless, Esq.
LAW OFFICES OF TIMOTHY MCCANDLESS
15647 Village Drive
Walnut Creek, CA 92392
*Attorneys for Plaintiff, Suvada Mahmutovic*

Glenn H. Wechsler
1655 N. Main Street, Suite 230
Walnut Creek, CA 94596
*Attorneys for Loanstar*

Eric D. Houser, Esq.
HOUSER & HOUSER
9970 Research Drive
Irvine, CA 92618
*Attorneys for BNC*

Randall Naiman, Esq.
NAIMAN LAW GROUP, PC
4660 La Jolla Village Drive, Suite 500
San Diego, CA 92122
*Eviction Attorney for U.S. Bank*

John M. Sorich, Esq.
ADORNO, YOSS, ALVARADO & SMITH
A Professional Corporation
1 Mac Arthur lace, Suite 200
Santa Ana, CA 92707

- 3 -
SAND CANYON JOINDER IN DEFENDANTS MOTION T DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

*Attorneys for Defendants, Mortgage Electronic Registrations Systems, Inc., Chase Home Finance LLC, and U.S. Bank National Association, Trustee for Lehman Brothers-Structured Asset Investment Loan Trust – Sail 2005-3*

**STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**FEDERAL**: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2009, at Santa Ana, California.

_____
SANDLADERS-TODD

SAND CANYON JOINDER IN DEFENDANTS MOTION T DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM