JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATIONS
SYSTEMS, INC., CHASE HOME FINANCE LLC,
and U.S. BANK NATIONAL ASSOCIATION,
TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED
ASSET INVESTMENT LOAN TRUST- SAIL 2005-3

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUVADA MAHMUTOVIC,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. ; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; OPTION ONE MORTGAGE CO.; CHASE HOME FINANCE LLC; BNC MORTGAGE, INC.; US BANK NA TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2005-3; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO.: 09-cv-01820 MCE DAD**<br><br>**JUDGE:  Morrison C. England, Jr.**<br><br>**MOTION FOR LEAVE TO APPEAR BY TELEPHONE**<br><br>Date:        September 24, 2009<br>Time:       2:00 p.m.<br>Ctrm:        "7" |

COMES NOW Defendants Mortgage Electronic Registrations Systems, Inc., Chase Home Finance, LLC, and U.S. Bank National Association, Trustee for Lehman Brothers-Structured Asset Investment Loan Trust Sail 2005-3 (collectively "Defendants")  through their undersigned counsel, seeks leave of Court for their counsel, S. Christopher Yoo, to attend the Motion to Dismiss before the Honorable Morrison C. England, Jr., currently set for September 24, 2009 at 2:00 p.m. via telephone, (714) 852-6868 (direct telephone number), as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1. It would be unduly burdensome and costly for Defendants' counsel to travel from Santa Ana, California to Sacramento, California for the Motion to Dismiss.

2. The telephonic appearance of Defendants' counsel will not prejudice any party and will not hamper the efficient running of the Motion to Dismiss.

3. Therefore, Defendants respectfully request leave to allow its counsel to appear at the Motion to Dismiss via telephone.

DATED: September 21, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
　　JOHN M. SORICH
　　S, CHRISTOPHER YOO
　Attorneys for Defendants
　　MORTGAGE ELECTRONIC
　　REGISTRATIONS SYSTEMS, INC., CHASE HOME FINANCE LLC, and U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST- SAIL 2005-3

IT IS SO ORDERED.

DATED: September 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com