Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No.  149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA  92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

*Attorneys for Defendant,* Sand Canyon Corporation f/k/a and as
Successor-in-Interest by merger to Option One Mortgage Company

## UNITED STATES DISTRICT COURT

## EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| SUVADA MAHMUTOVIC, | ) **Case No:  09-cv-01820 MCE DAD** |
| | ) **JUDGE:  Morrison C. England, Jr.** |
| Plaintiff, | ) |
| | ) **ORDER RE: REQUEST TO** |
| vs. | ) **PARTICIPATE BY TELEPHONE IN** |
| | ) **DEFENDANTS' MOTION TO DISMISS** |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SERVICES, INC., FIRST | ) |
| AMERICAN LOANSTAR TRUSTEE | ) Date:  September 24, 2009 |
| SERVICES; OPTION ONE MORTGAGE | ) Time:   2:00 p.m. |
| CO.; CHASE HOME FINANCE LLC; BNC | ) CTRM:  "7" |
| MORTGAGE, INC.; US BANK NA | ) |
| TRUSTEE FOR LEHMAN BROTHERS- | ) |
| STRUCTURED ASSET INVESTMENT | ) |
| LOAN TRUST SAIL 2005-3; and DOES 1 | ) |
| through 50 inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

    Defendant Sand Canyon Corporation f/k/a and as successor-in-interest by merger to Option One Mortgage Company sued herein as Option One Mortgage Corporation ("Option One"), may participate by TELEPHONE in the upcoming hearing on the Motion to Dismiss the the First

Amended Complaint filed by Defendants Mortgage Electronic Systems, Inc. ("MERS"), Chase Home Finance LLC ("Chase"), and US Bank National Association, Trustee for Lehman Brothers-Structured Asset Investment Loan Trust Sail 2005-3 ("US Bank") (collectively the "MERS Defendants"), scheduled to take place on September 24, 2009 at 2:00 p.m. in Courtroom "7" of the above-entitled Court.  Court staff will contact Mr. Bauer at (714) 558-1961.

DATED: September 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE