UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUVADA MAHMUTOVIC,                        No. 2:09-cv-01820-MCE-DAD

       Plaintiff,

   v.                                    <u>MEMORANDUM AND ORDER</u>

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,
et al.,

       Defendants.

----oo0oo----

    This wrongful foreclosure case, after a somewhat tortured history, is before this Court on Defendants' Motion to Dismiss Plaintiff's Complaint.  In Opposition to Defendants' Motion, Plaintiff's counsel made only vague and hyperbolic accusations after which he stated as to each individual claim, "Plaintiffs [*sic*] contend that sufficient facts have been alleged in their [instant claim] to state a cause of action for [the claim]." While this Court believes counsel honestly, if unreasonably, considered this response sufficient, it is in practice painfully inadequate.

1   Moreover, when given a chance at oral argument to explain
2   the inadequacies of the Opposition, counsel argued only that the
3   requisite facts were pled in the Complaint, which is comprised of
4   approximately 377 paragraphs.  Nevertheless, when questioned, for
5   example, as to whether his client had alleged as part of her
6   rescission claim any ability and willingness to tender the
7   underlying loan proceeds, counsel admitted Plaintiff had not and
8   acknowledged on the record that such a pleading failure was fatal
9   to Plaintiff's instant claim.

10   In sum, it is clear to the Court that Plaintiff's counsel
11   opposed Defendants' Motion in form, but not in substance, and it
12   is not for this Court to act for Plaintiff where her counsel has
13   failed her.  This Court will not hypothesize as to Plaintiff's
14   available arguments, nor will the Court speculate as to how
15   counsel might have responded had he chosen to make any
16   substantive points.

17   Accordingly, Defendants' Motion to Dismiss (Docket No. 4) is
18   GRANTED.  Nevertheless, with the greatest of reluctance, the
19   Court will permit Plaintiff one opportunity to amend.  Plaintiff
20   may (but is not required to) file an amended complaint, not later
21   than twenty (20) days after the date this Memorandum and Order is
22   filed electronically.

23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1  Nevertheless, if no amended complaint is filed within said twenty

2  (20)-day period, without further notice, those causes of action

3  hereby dismissed will be deemed to have been dismissed with

4  prejudice.

5      IT IS SO ORDERED.

6  Dated: September 25, 2009

7

8

9                                        _____
                                         MORRISON C. ENGLAND, JR.
10                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28